AMENDED OPERATING STATEMENT OF JUDGMENT

OFFICE OF THE UNITED STATES TRUSTEE

CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| LB/L-SunCal Oak Valley, LLC | | |
| | Case Number: | 8:08-17404-ES |
| | Operating Report Number: | #37 |
| Debtor(s). | For the Month Ending: | January 31, 2012 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

| | | |
|---|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 475,284.65 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 22,523.00 |
| 3. BEGINNING BALANCE: | | 452,761.65 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | | |
|---|---|---|---|
| Accounts Receivable - Post-filing | | | |
| Accounts Receivable - Pre-filing | | | |
| General Sales | | | |
| Other (Specify) | | 0.00 | |
| **Other (Specify) | Marketing reimbursement | 0.00 | |
| | | 0.00 | |
| | Interest | 3.84 | |
| TOTAL RECEIPTS THIS PERIOD: | | | 3.84 |

| | | |
|---|---|---|
| 5. BALANCE: | | 452,765.49 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | | |
|---|---|---|
| Transfers to Other DIP Accounts (from page 2) | | |
| Disbursements (from page 2) | 0.00 | |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | 0.00 |

| | | |
|---|---|---|
| 7. ENDING BALANCE: | | 452,765.49 |

| | | |
|---|---|---|
| 8. General Account Number(s): | 000312186141066/ 000312186141065 | closed 4/6/10 |
| Depository Name & Location: | JPMorgan Chase | |
| | New York, NY | |
| | | |
| General Account Number(s): | 92000186141066 Checking 92000186141065 Mny Mkt | opened 4/6/10 |
| Depository Name & Location: | BNY Mellon | |
| | Pittsburgh, PA | |

\* All receipts must be deposited into the general account.

\** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*** This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 0.00 |
| See Attached list for disbusements made on behalf of SunCal Oak Valley by SunCal Delta Coves in accordance | | | | | | |
| with the stipulation agreement dated April 6, 2009. | | | | | | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  | 0.00 |
|  |  |  |  | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.
** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 1/31/2012 | Balance on Statement: | $ | 452,765.49 |
|---|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | | |
|---|---|---|---|---|
| | _____ | _____ | | |
| | _____ | _____ | | |
| | _____ | _____ | | |
| | _____ | _____ | | |
| | _____ | _____ | | |

TOTAL DEPOSITS IN TRANSIT                                        0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                        0.00

ADJUSTED BANK BALANCE:                                        $452,765.49

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment                    0.00

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS        _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL           _____
    ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                          | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:                             _____
    (Transferred from General Account)

5.  BALANCE:                                                    | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                         | 0.00 |

7.  ENDING BALANCE:                                             | 0.00 |

8. PAYROLL Account Number(s):                   _____

   Depository Name & Location:                  _____
                                                _____
                                                _____

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |  |
|---|---|---|---|
|  | _____ | _____ |  |
|  | _____ | _____ |  |
|  | _____ | _____ |  |
|  | _____ | _____ |  |
|  | _____ | _____ |  |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:

ADJUSTED BANK BALANCE:                                    | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

C. (TAX ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS     _____

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS     _____

3. BEGINNING BALANCE:     | 0.00 |

4. RECEIPTS DURING CURRENT PERIOD:
(Transferred from General Account)     _____

5. BALANCE:     | 0.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
TOTAL DISBURSEMENTS THIS PERIOD:***     | 0.00 |

7. ENDING BALANCE:     | 0.00 |

8. TAX Account Number(s): _____

Depository Name & Location: _____
_____
_____

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

BANK RECONCILIATION

| Bank statement Date: | | Balance on Statement: | |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:

ADJUSTED BANK BALANCE: | #REF!

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment