ENDING BALANCES FOR THE PERIOD:              1/31/2012
                    (Provide a copy of monthly account statements for each of the below)

|  | General Account: | $ | 452,765.49 |
|  | Payroll Account: |  |  |
|  | Tax Account: |  |  |
| *Other Accounts: |  |  |  |
| *Other Monies: |  |  |  |
|  | **Petty Cash (from below): |  | 0.00 |

TOTAL CASH AVAILABLE:                                                     $    452,765.49

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Lehman Ali, Inc | Monthly | Interest only | 37 | 20,577,572.58 |
| | | | | |
| | | | | |
| | | | | |
| No post petition loan payments have been made. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE | 20,577,572.58 |

### III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____
Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| | | | |
| TOTAL | 0.00 | 0.00 | |

| | *Accounts Payable | Accounts Receivable | |
| | Post-Petition | Pre-Petition | Post-Petition |
|---|---|---|---|
| 30 days or less | | 0.00 | 0.00 |
| 31 - 60 days | | 0.00 | 0.00 |
| 61 - 90 days | | 0.00 | 0.00 |
| 91 - 120 days | 0.00 | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 | 0.00 |
| TOTAL: | 495,164.25 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Coverage is written in 2 separate policies with a total coverage limit of $12,000,000 per occurrence and in the aggregate. $2,000,000 primary limit – Aspen Specialty Insurance Company $10,000,000 excess umbrella – Everst National Insurance Company $12,000,000 total limit | $2,000,000.00 $10,000,000.00 | 4/1/2012 | Insurance is paid by Lehman through 4/01/2012 |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: _____ | | | | |
| _____ | | | | |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Note | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|---|
| 31-Mar-2009 | $2,346.00 | $325.00 | 5/20/2009 | | $325.00 | $0.00 |
| 30-Jun-2009 | $17,595.00 | $650.00 | 7/20/2009 | | $325.00 | $325.00 |
| 30-Sep-2009 | $443.00 | $325.00 | 1/20/2010 | | $325.00 | $325.00 |
| 31-Dec-2009 | $0.00 | $325.00 | 1/20/2010 | | $325.00 | $325.00 |
| 31-Mar-2010 | $2,007.00 | $325.00 | 4/9/2010 | | $325.00 | $325.00 |
| 30-Jun-2010 | $0.00 | $325.00 | 7/21/2010 | | $325.00 | $325.00 |
| 30-Sep-2010 | $132.00 | $325.00 | 11/8/2010 | | $325.00 | $325.00 |
| 31-Dec-2010 | $0.00 | $325.00 | 01/18/11 | | $325.00 | $325.00 |
| 31-Dec-2008 | $0.00 | $325.00 | 01/25/11 | | $650.00 | $0.00 |
| 31-Mar-2011 | $0.00 | $325.00 | 04/14/11 | | $325.00 | $0.00 |
| 30-Jun-2011 | $0.00 | $325.00 | 6/28/2011 | | $325.00 | $0.00 |
| 30-Sep-2011 | $0.00 | $325.00 | 10/10/2011 | | $325.00 | $0.00 |
| 31-Dec-2011 | $0.00 | $325.00 | 1/13/2012 | | $325.00 | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | $4,550.00 | | $0.00 | $4,550.00 | $2,275.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(PROFIT AND LOSS STATEMENT)
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: |  |  |
| Gross Sales/Revenue |  |  |
| Less: Returns/Discounts |  |  |
| Net Sales/Revenue | 0.00 | 0.00 |
|  |  |  |
| Cost of Goods Sold: |  |  |
| Beginning Inventory at cost |  |  |
| Purchases |  |  |
| Less: Ending Inventory at cost |  |  |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
|  |  |  |
| Gross Profit | 0.00 | 0.00 |
|  |  |  |
| Other Operating Income (Itemize) | 0.00 | 122,868.37 |
|  |  |  |
| Operating Expenses: |  |  |
| Payroll - Insiders |  |  |
| Payroll - Other Employees |  |  |
| Payroll Taxes |  |  |
| Other Taxes (Itemize) - Tax & license fee |  | 6,050.00 |
| Depreciation and Amortization |  |  |
| Rent Expense - Real Property |  |  |
| Lease Expense - Personal Property |  |  |
| Insurance | 729.00 | 43,987.00 |
| Real Property Taxes | 0.00 | 578,131.89 |
| Telephone and Utilities | 0.00 | 72,402.99 |
| Tax & License Fees | 2,625.00 | 12,796.00 |
| Penalties & Interest |  | 9,546.40 |
| Miscellaneous Operating Expenses (Itemize)- Mkting |  | 11,470.00 |
| Indirect project costs | 0.00 | 552,123.42 |
| Management fees | 1,000.00 | 273,725.00 |
| Bank fees |  | 125.00 |
| Total Operating Expenses | 4,354.00 | 1,560,357.70 |
|  |  |  |
| Net Gain/(Loss) from Operations | (4,354.00) | (1,437,489.33) |
|  |  |  |
| Non-Operating Income: |  |  |
| Interest Income | 3.84 | 762.63 |
| Net Gain on Sale of Assets (Itemize) |  | 0.00 |
| Other (Itemize) - Master marketing reimbursement |  | - |
| Total Non-Operating income | 3.84 | 762.63 |
|  |  |  |
| Non-Operating Expenses: |  |  |
| Interest Expense | 563,848.88 | 20,577,572.58 |
| Legal and Professional (Itemize) | 30,000.00 | 801,762.78 |
| Other (Itemize) - |  |  |
| Total Non-Operating Expenses | 593,848.88 | 21,379,335.36 |
|  |  |  |
| NET INCOME/(LOSS) | (598,199.04) | (22,816,062.06) |

(Attach exhibit listing all itemizations required above)                                    0.00

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 0.00 | |
| Unrestricted Cash | 452,765.49 | |
| Restricted Cash | | |
| Accounts Receivable | 12,623.00 | |
| Inventory | 47,520,395.92 | |
| Notes Receivable | | |
| Prepaid Expenses | 101,458.00 | |
| Other - Due from Delta Coves | 44,707.87 | |
| Total Current Assets | | 48,131,950.28 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Total Other Assets | | 0.00 |
| | | |
| TOTAL ASSETS | | 48,131,950.28 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 495,164.25 | |
| Taxes Payable | 134,205.40 | |
| Accrued Expenses | 90,005.62 | |
| Professional fees | 0.00 | |
| Secured Debt | | |
| - Loan Payable to Lehman Prof Fees | 606,871.06 | |
| - Loan Payable to Lehman | 1,864,363.14 | |
| Due to Delta Coves | 1,000.00 | |
| Other (Itemize) - Accrued interest | 20,577,572.58 | |
| - Management fee | 0.00 | |
| Total Post-petition Liabilities | | 23,769,182.05 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 137,328,978.27 | |
| Priority Liabilities | 127,858.38 | |
| Unsecured Liabilities | 6,065,322.07 | |
| Other (Itemized) - Accrued costs to complete | 2,060,604.00 | |
| - Deferred revenue (master marketing) | 320,601.25 | |
| Total Pre-petition Liabilities | | 145,903,363.97 |
| | | |
| TOTAL LIABILITIES | | 169,672,546.02 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (98,724,533.68) | |
| Post-petition Profit/(Loss) | (22,816,062.06) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | (121,540,595.74) |
| | | |
| TOTAL LIABILITIES & EQUITY | | 48,131,950.28 |

0.00

|   |   | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

|   |   | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization

a.
*Disclosure Statement and Plan filed by Debtors and Lehman Lenders on or about September 9, 2009. Hearing date scheduled for April 26, 2010. Rescheduled to June 28, 2010. Rescheduled to September 10, 2010. Continue date being requested because of judge's conflict.*

b.
*Debtors and Lehman Lenders Amended Joint Disclosure Statement and Plan filed on or about November 30, 2009. Hearing date scheduled for April 26, 2010. Rescheduled to June 28, 2010. Rescheduled to September 10, 2010.*

c.
*On October 29, 2010 the Court ordered a number of the significant parties in this case to mediation. A mediation involving SunCal entities, Lehman entities, bonding companies, the Trustee, and the Official Committee of Unsecured Creditors, took place in January and February 2011 before the Honorable Daniel Weinstein (Ret.) of J.A.M.S. Resolution Experts. The mediation was successful in that certain of the parties to it reached further or actual agreements or agreements in principle, the terms of which are reflected in the amended joint Trustee-Lehman plan and disclosure statement which were recently filed with the Court.*

d. *On October 24 and 25, 2011, the Court held hearings regarding confirmation of the Trustee-Lehman plans. At the hearings, the Court confirmed the Trustee-Lehman plans, except for the Delta Coves case, which was deferred pending the Court's ruling on certain objections to claimes. If the Court sustains the claim objections, then the Trustee-Lehman plan in the Delta Coves case will be confirmed.*

e. *The management fee with SunCal was terminated on December 15, 2011.*

4. Describe potential future developments which may have a significant impact on the case:

*Substantial progress is being made between all parties regarding settlement*

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

Entered May 14, 2010 - Order granting motion for relief from the automatic stay - J.F. Shea Construction, Inc.
Entered May 21, 2010 - Order granting motion for relief from the automatic stay - Pinnick, Inc. f/k/a Signs & Pinnick

|   |   | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

I, Steve M. Speier, Chapter 11 Trustee, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

2-13-12
Date

Page 16 of 16

Steven M. Speier, Trustee

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**8:08-BK-17404**
**LB/L-SUNCAL OAK VALLEY LLC, DEBTOR**
**STEVEN M SPEIER (0000007932)**

7700 IRVINE CENTER DRIVE
SUITE 780
IRVINE, CA 92618

**Statement Period**
January 1 - January 31, 2012

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

## CONSOLIDATED BALANCE SUMMARY

| | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** | | | |
| 92000186141066 | | $0.00 | $0.00 |
| **MONEY MARKET ACCOUNT** | | | |
| 92000186141065 | | $452,761.65 | $452,765.49 |
| **Total** | | $452,761.65 | $452,765.49 |

### Important Information Regarding Your Account

FEBRUARY 20TH, PRESIDENT'S DAY, IS A BANK HOLIDAY. ANY BANKING TRANSACTIONS
CONDUCTED THIS DAY WILL BE POSTED THE FOLLOWING BUSINESS DAY. HOWEVER, THE
BMS BANKING CENTER WILL BE AVAILABLE DURING NORMAL BUSINESS HOURS. THE BMS
BANKING CENTER IS AVAILABLE MONDAY-FRIDAY FROM 8AM TO 8PM ET. PLEASE CALL
US AT (800)634-7734, OPTION 8 FOR ALL YOUR BANKING NEEDS.

**As of January 31, 2012, the funds for this case were on deposit in the following institutions as shown below:**

| | | | |
|---|---|---|---|
| Zions First National Bank | $6.07 | New York Community | $206,257.33 |
| Citi | $246,502.09 | | |
| | | **Grand Total:** | **$452,765.49** |

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**

January 1 - January 31, 2012

**8:08-BK-17404**
**LB/L-SUNCAL OAK VALLEY LLC, DEBTOR**
**STEVEN M SPEIER (0000007932)**

| CHECKING ACCOUNT SUMMARY | | Account No. 92000186141066 |
|---|---|---|
| | **Instances** | **Amount** |
| **Beginning Balance** | | $0.00 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 0 | $(0.00) |
| **Ending Balance** | 0 | $0.00 |

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413



**BNY MELLON**

**Statement Period**

January 1 - January 31, 2012

**8:08-BK-17404**
**LB/L-SUNCAL OAK VALLEY LLC, DEBTOR**
**STEVEN M SPEIER (0000007932)**

| MONEY MARKET ACCOUNT SUMMARY | | Account No.92000188141085 |
|---|---|---|
| | **Instances** | **Amount** |
| **Beginning Balance** | | $452,761.65 |
| Deposits and Additions | 1 | $3.84 |
| Withdrawals | 0 | $(0.00) |
| **Ending Balance** | 1 | $452,765.49 |

| Interest Paid This Period | $3.84 |
|---|---|
| Interest Paid YTD | $3.84 |
| Interest Rate As Of 01/31/2012** | 0.01% |

**The interest rate shown above is the rate in effect as of the end of the statement cycle. Different interest rates may apply during a statement cycle as explained in your Deposit Agreement and Disclosure Statement.

| TRANSACTION DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Description** | **Debits** | **Credits** | **Balance** |
| 01/31 | MTD INT POSTED TRANS 01/31/2012 | | $3.84 | $452,765.49 |
| **Totals** | | $(0.00) | $3.84 | |

**As of January 31, 2012, the funds for this account were on deposit in the following institutions as shown below:**

| Zions First National Bank | $6.07 | New York Community | $206,257.33 |
|---|---|---|---|
| Citi | $246,502.09 | | |
| | | **Grand Total:** | **$452,765.49** |