UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>　LB/L-SunCal Oak Valley, LLC<br><br>　　　　　　　　　　　　　　　　Debtor(s). | CHAPTER 11 (BUSINESS) |
|---|---|
| | Case Number:　　　　　　8:08-17404-ES |
| | Operating Report Number:　　　　　#39 |
| | For the Month Ending:　　March 31, 2012 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                                    475,288.49

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                                         22,523.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                                      452,765.49

4.  RECEIPTS DURING CURRENT PERIOD:
　Accounts Receivable - Post-filing
　Accounts Receivable - Pre-filing
　Other (Specify)                                                          0.00
　**Other (Specify)　　Marketing reimbursement                              0.00
　　　　　　　　　　Interest                                                 -
　TOTAL RECEIPTS THIS PERIOD:                                                                     0.00

5.  BALANCE:                                                                                452,765.49

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
　Transfers to Other DIP Accounts (from page 2)                      35,537.24
　Disbursements (from page 2)                                             0.00

　TOTAL DISBURSEMENTS THIS PERIOD:***                                                        35,537.24

7.  ENDING BALANCE:                                                                         417,228.25

| | | |
|---|---|---|
| 8.  General Account Number(s):<br>Depository Name & Location: | 000312186141066/<br>000312186141065<br>JPMorgan Chase<br>New York, NY | closed 4/6/10 |
| General Account Number(s): | 92000186141065 Mny Mkt<br>92000186141066 Checking | Closed 3/13/12<br>opened 4/6/10 |
| Depository Name & Location: | BNY Mellon<br>Pittsburgh, PA | |

\*　All receipts must be deposited into the general account.

\*\*　Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
　　to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| See Attached list for disbuements made on behalf of SunCal Oak Valley by SunCal Delta Coves in accordance | | | | | | 0.00 |
| with the stipulation agreement dated April 6, 2009. | | | | | | 0.00 |
| | | | | | | 0.00 |
| 3/13/2012 | 10113 | Delta Coves | Cover Oak Valley costs | 15,638.95 | | 15,638.95 |
| 3/26/2012 | 10114 | Delta Coves | Cover Oak Valley costs | 19,898.29 | | 19,898.29 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 35,537.24 | 0.00 | $35,537.24 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| | | | | |
|---|---|---|---|---|
| Bank statement Date: | 3/31/2012 | Balance on Statement: | $ | 417,228.25 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                                0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                                0.00

ADJUSTED BANK BALANCE:                                          $417,228.25

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment                    0.00

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS _____

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
    ACCOUNT REPORTS _____

3.  BEGINNING BALANCE:                                      | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account) _____

5.  BALANCE:                                                | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                     | 0.00 |

7.  ENDING BALANCE:                                         | 0.00 |

8. PAYROLL Account Number(s): _____

   Depository Name & Location: _____
   _____
   _____

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |  |
|---|---|---|---|
|  | _____ | _____ |  |
|  | _____ | _____ |  |
|  | _____ | _____ |  |
|  | _____ | _____ |  |
|  | _____ | _____ |  |

TOTAL DEPOSITS IN TRANSIT                                             | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:

ADJUSTED BANK BALANCE:                                             | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1. TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS      _____

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX
   ACCOUNT REPORTS      _____

3. BEGINNING BALANCE:      | 0.00 |

4. RECEIPTS DURING CURRENT PERIOD:
   (Transferred from General Account)      _____

5. BALANCE:      | 0.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***      | 0.00 |

7. ENDING BALANCE:      | 0.00 |

8. TAX Account Number(s): _____

   Depository Name & Location: _____
       _____
       _____

TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAX ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT                                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## TOTAL OUTSTANDING CHECKS:

## ADJUSTED BANK BALANCE:                                                   | #REF! |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:     March 31, 2012
(Provide a copy of monthly account statements for each of the below)

|  |  |  |  |
|---|---|---|---|
| | General Account: | $ | 417,228.25 |
| | Payroll Account: | | |
| | Tax Account: | | |
| *Other Accounts: | | | |
| | | | |
| | | | |
| *Other Monies: | | | |
| | **Petty Cash (from below): | | 0.00 |

TOTAL CASH AVAILABLE:                    $    417,228.25

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions