| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| Lehman Ali, Inc | Monthly | Interest only | 39 | 21,663,446.29 |
| | | | | |
| | | | | |
| | | | | |
| No post petition loan payments have been made. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE | 21,663,446.29 |

### III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____
Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| TOTAL | 0.00 | 0.00 | |

IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable | Accounts Receivable | |
|---|---|---|---|
|  | Post-Petition | Pre-Petition | Post-Petition |
| 30 days or less | | 0.00 | 0.00 |
| 31 - 60 days | | 0.00 | 0.00 |
| 61 - 90 days | | 0.00 | 0.00 |
| 91 - 120 days | 0.00 | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 | 0.00 |
| TOTAL: | 495,164.25 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
|  | Coverage is written in 2 separate policies with a total coverage limit of $12,000,000 per occurrence and in the aggregate. $2,000,000 primary limit – Aspen Specialty Insurance Company $10,000,000 excess umbrella – Everst National Insurance Company | $2,000,000.00 $10,000,000.00 | 4/1/2012 | Insurance is paid by Lehman through 4/01/2012 |
| General Liability | $12,000,000 total limit | | | |
| Worker's Compensation | | | | |
| Casualty | | | | |
| Vehicle | | | | |
| Others: _____ | | | | |
|  | | | | |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
(TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Note | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|---|
| 31-Mar-2009 | $2,346.00 | $325.00 | 5/20/2009 | | $325.00 | $0.00 |
| 30-Jun-2009 | $17,595.00 | $650.00 | 7/20/2009 | | $325.00 | $325.00 |
| 30-Sep-2009 | $443.00 | $325.00 | 1/20/2010 | | $325.00 | $325.00 |
| 31-Dec-2009 | $0.00 | $325.00 | 1/20/2010 | | $325.00 | $325.00 |
| 31-Mar-2010 | $2,007.00 | $325.00 | 4/9/2010 | | $325.00 | $325.00 |
| 30-Jun-2010 | $0.00 | $325.00 | 7/21/2010 | | $325.00 | $325.00 |
| 30-Sep-2010 | $132.00 | $325.00 | 11/8/2010 | | $325.00 | $325.00 |
| 31-Dec-2010 | $0.00 | $325.00 | 01/18/11 | | $325.00 | $325.00 |
| 31-Dec-2008 | $0.00 | $325.00 | 01/25/11 | | $650.00 | $0.00 |
| 31-Mar-2011 | $35,537.24 | $325.00 | 04/14/11 | | $325.00 | $0.00 |
| 30-Jun-2011 | $0.00 | $325.00 | 6/28/2011 | | $325.00 | $0.00 |
| 30-Sep-2011 | $0.00 | $325.00 | 10/10/2011 | | $325.00 | $0.00 |
| 31-Dec-2011 | $0.00 | $325.00 | 1/13/2012 | | $325.00 | $0.00 |
| 31-Mar-2012 | $0.00 | $325.00 | | Check enclosed | $325.00 | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | $4,875.00 | | $0.00 | $4,875.00 | $2,275.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: |  |  |
| Gross Sales/Revenue |  |  |
| Less: Returns/Discounts |  |  |
| Net Sales/Revenue | 0.00 | 0.00 |
|  |  |  |
| Cost of Goods Sold: |  |  |
| Beginning Inventory at cost |  |  |
| Purchases |  |  |
| Less: Ending Inventory at cost |  |  |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
|  |  |  |
| Gross Profit | 0.00 | 0.00 |
|  |  |  |
| Other Operating Income (Itemize) | 0.00 | 122,868.37 |
|  |  |  |
| Operating Expenses: |  |  |
| Payroll - Insiders |  |  |
| Payroll - Other Employees |  |  |
| Payroll Taxes |  |  |
| Other Taxes (Itemize) - Tax & license fee |  | 6,050.00 |
| Depreciation and Amortization |  |  |
| Rent Expense - Real Property |  |  |
| Lease Expense - Personal Property |  |  |
| Insurance | 729.00 | 45,445.00 |
| Real Property Taxes | 0.00 | 578,131.89 |
| Telephone and Utilities | 2,017.17 | 78,451.10 |
| Tax & License Fees | 0.00 | 12,796.00 |
| Penalties & Interest |  | 9,546.40 |
| Miscellaneous Operating Expenses (Itemize)- Mkting |  | 11,470.00 |
| Indirect project costs | 14,131.12 | 572,120.42 |
| Management fees | 3,750.00 | 282,217.13 |
| Bank fees |  | 125.00 |
| Total Operating Expenses | 20,627.29 | 1,596,352.94 |
|  |  |  |
| Net Gain/(Loss) from Operations | (20,627.29) | (1,473,484.57) |
|  |  |  |
| Non-Operating Income: |  |  |
| Interest Income | 0.00 | 762.63 |
| Net Gain on Sale of Assets (Itemize) |  | 0.00 |
| Other (Itemize) - Master marketing reimbursement |  | - |
| Total Non-Operating income | 0.00 | 762.63 |
|  |  |  |
| Non-Operating Expenses: |  |  |
| Interest Expense | 560,886.64 | 21,663,446.29 |
| Legal and Professional (Itemize) | 0.00 | 831,762.78 |
| Other (Itemize) - |  |  |
| Total Non-Operating Expenses | 560,886.64 | 22,495,209.07 |
|  |  |  |
| NET INCOME/(LOSS) | (581,513.93) | (23,967,931.01) |

(Attach exhibit listing all itemizations required above)                                                         (0.00)

X BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 0.00 | |
| Unrestricted Cash | 417,228.25 | |
| Restricted Cash | | |
| Accounts Receivable | 12,623.00 | |
| Inventory | 47,520,395.92 | |
| Notes Receivable | | |
| Prepaid Expenses | 100,000.00 | |
| Other - Due from Delta Coves | 25,770.81 | |
| Total Current Assets | | 48,076,017.98 |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | | |
| Net Property, Plant, and Equipment | | 0.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Total Other Assets | | 0.00 |
| | | |
| TOTAL ASSETS | | 48,076,017.98 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 495,164.25 | |
| Taxes Payable | 134,205.40 | |
| Accrued Expenses | 101,068.56 | |
| Professional fees | 0.00 | |
| Secured Debt | | |
| - Loan Payable to Lehman Prof Fees | 606,871.06 | |
| - Loan Payable to Lehman | 1,864,363.14 | |
| Due to Delta Coves | 0.00 | |
| Other (Itemize) - Accrued interest | 21,663,446.29 | |
| - Management fee | 0.00 | |
| Total Post-petition Liabilities | | 24,865,118.70 |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 137,328,978.27 | |
| Priority Liabilities | 127,858.38 | |
| Unsecured Liabilities | 6,065,322.07 | |
| Other (Itemized) - Accrued costs to complete | 2,060,604.00 | |
| - Deferred revenue (master marketing) | 320,601.25 | |
| Total Pre-petition Liabilities | | 145,903,363.97 |
| | | |
| TOTAL LIABILITIES | | 170,768,482.67 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (98,724,533.68) | |
| Post-petition Profit/(Loss) | (23,967,931.01) | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | (122,692,464.69) |
| | | |
| TOTAL LIABILITIES & EQUITY | | 48,076,017.98 |

0.00

|   |   | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | |

|   |   | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | |

3. State what progress was made during the reporting period toward filing a plan of reorganization

a. *Disclosure Statement and Plan filed by Debtors and Lehman Lenders on or about September 9, 2009. Hearing date scheduled for April 26, 2010. Rescheduled to June 28, 2010. Rescheduled to September 10, 2010. Continue date being requested because of judge's conflict.*

b. *Debtors and Lehman Lenders Amended Joint Disclosure Statement and Plan filed on or about November 30, 2009. Hearing date scheduled for April 26, 2010. Rescheduled to June 28, 2010. Rescheduled to September 10, 2010.*

c. *On October 29, 2010 the Court ordered a number of the significant parties in this case to mediation. A mediation involving SunCal entities, Lehman entities, bonding companies, the Trustee, and the Official Committee of Unsecured Creditors, took place in January and February 2011 before the Honorable Daniel Weinstein (Ret.) of J.A.M.S. Resolution Experts. The mediation was successful in that certain of the parties to it reached further or actual agreements or agreements in principle, the terms of which are reflected in the amended joint Trustee-Lehman plan and disclosure statement which were recently filed with the Court.*

d. *On October 24 and 25, 2011, the Court held hearings regarding confirmation of the Trustee-Lehman plans. At the hearings, the Court confirmed the Trustee-Lehman plans, except for the Delta Coves case, which was deferred pending the Court's ruling on certain objections to claimes. If the Court sustains the claim objections, then the Trustee-Lehman plan in the Delta Coves case will be confirmed.*

e. *The management agreement with SunCal was terminated on December 15, 2011.*

f. ***The Fifth Amended Joint Chapter 11 Plan was confirmed on January 12, 2012.***

4. Describe potential future developments which may have a significant impact on the case:

***The Effective Date of the Plan is expected to be in April 2012.***

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

*None were granted during the reporting period.*

|   |   | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | |

I, Steve M. Speier, Chapter 11 Trustee, declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

4-10-12

Date

Page 16 of 16

Steven M. Speier, Trustee

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413



BNY MELLON

**Statement Period**

March 1 - March 31, 2012

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

**8:08-BK-17404**
**LB/L-SUNCAL OAK VALLEY LLC, DEBTOR**
**STEVEN M SPEIER (0000007932)**

7700 IRVINE CENTER DRIVE
SUITE 780
IRVINE, CA 92618

| CONSOLIDATED BALANCE SUMMARY | | | |
|---|---|---|---|
| | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
| **CHECKING ACCOUNT** | | | |
| 92000186141065 | | $452,765.49 | $0.00 |
| 92000186141066 | | $0.00 | $417,228.25 |
| **Total** | | $452,765.49 | $417,228.25 |

| Important Information Regarding Your Account |
|---|
| TIP: PLEASE REMEMBER TO CLOSE ACCOUNTS ONCE ALL CHECKS HAVE CLEARED ON A FINAL DISTRIBUTION. FOR MORE DETAILS ABOUT THIS OR TO DISCUSS OTHER BANKING NEEDS, PLEASE CONTACT THE BMS BANKING CENTER AT (800)634-7734, OPT. 8, MONDAY-FRIDAY FROM 8AM TO 8PM ET OR EMAIL BMSBANKINGCENTER@BMS7.COM. |

**As of March 31, 2012, the funds for this case were on deposit in the following institutions as shown below:**

| | | | |
|---|---|---|---|
| Zions First National Bank | $167,728.25 | New York Community | $0.00 |
| Citi | $249,500.00 | | |
| | | **Grand Total:** | **$417,228.25** |

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413



BNY MELLON

**Statement Period**

March 1 - March 31, 2012

**8:08-BK-17404**
**LB/L-SUNCAL OAK VALLEY LLC, DEBTOR**
**STEVEN M SPEIER (0000007932)**

| CHECKING ACCOUNT SUMMARY | | Account No. 92000186141065 |
|---|---|---|

|  | **Instances** | **Amount** |
|---|---|---|
| **Beginning Balance** | | $452,765.49 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 1 | $(452,765.49) |
| **Ending Balance** | 1 | ACCOUNT CLOSED $0.00 |

| TRANSACTION DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Description** | **Debits** | **Credits** | **Balance** |
| 03/08 | TRANSFER TO 0000186141066 | $(452,765.49) | | $0.00 |
| **Totals** | | $(452,765.49) | $0.00 | |

**As of March 31, 2012, the funds for this account were on deposit in the following institutions as shown below:**

| Zions First National Bank | $0.00 | New York Community | $0.00 |
|---|---|---|---|
| Citi | $0.00 | | |
| | | **Grand Total:** | **$0.00** |

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413



**BNY MELLON**

**Statement Period**
March 1 - March 31, 2012

**8:08-BK-17404**
**LB/L-SUNCAL OAK VALLEY LLC, DEBTOR**
**STEVEN M SPEIER (0000007932)**

| CHECKING ACCOUNT SUMMARY | | Account No. 92000186141066 |
|---|---|---|

| | Instances | Amount |
|---|---|---|
| **Beginning Balance** | | $0.00 |
| Deposits and Additions | 1 | $452,765.49 |
| Withdrawals | 2 | $(35,537.24) |
| **Ending Balance** | 3 | $417,228.25 |

| TRANSACTION DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Description** | **Debits** | **Credits** | **Balance** |
| 03/08 | TRANSFER FROM 000186141065 | | $452,765.49 | $452,765.49 |
| 03/16 | CHECK # 0000010113 | $(15,638.95) | | $437,126.54 |
| 03/28 | CHECK # 0000010114 | $(19,898.29) | | $417,228.25 |
| **Totals** | | $(35,537.24) | $452,765.49 | |

| (* Indicates a break in the check sequence) | | | CHECKS PAID IN NUMERIC ORDER | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Check No.** | **Date** | **Amount** | **Check No.** | **Date** | **Amount** | **Check No.** | **Date** | **Amount** |
| 10113 | 03/16 | $15,638.95 | 10114 | 03/28 | $19,898.29 | | | |
| | | | | | | **Total Checks Paid:** | | $35,537.24 |

**As of March 31, 2012, the funds for this account were on deposit in the following institutions as shown below:**

| Zions First National Bank | $167,728.25 | Citi | $249,500.00 |
|---|---|---|---|
| | | **Grand Total:** | **$417,228.25** |

**Check Number: 10113**        **Pay Date: 03/16/2012  Amount: $15,638.95**



**Check Number: 10114**        **Pay Date: 03/28/2012  Amount: $19,898.29**





